# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2022-2566

———————————————————

Sandra Leigh Willis,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————————

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

August 19, 2024

Per Curiam.

    Affirmed.

Roberts, Winokur, and Long, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.